# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV214

| | |
|---|---|
| DARRYL T. MOSLEY, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's response to the Show Cause Order issued February 27, 2008.

Counsel for Plaintiff advises that due to clerical error, the time for serving the summons and complaint was incorrectly calculated thereby allowing the summons to expire. He also advises that corrective intra-office measures have been established to prevent this oversight from happening a second time. The Court finds that counsel has established good cause for the failure to serve the summons and complaint within the 120-day period established by the Federal Rules of Civil Procedure and will direct summons to be reissued.

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel submit new summons to the Clerk for issuance **FORTHWITH** and that counsel file affidavits attesting to service of the summons and complaint on the Defendant within 30 days from entry of this Order.

Signed: March 13, 2008

Lacy H. Thornburg
United States District Judge